# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Mesa Laboratories, Inc.,

Plaintiff(s),

v.

Federal Insurance Company,

Defendant(s).

Case No. 19-cv-2340
Judge John Z. Lee

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Federal Insurance Company
and against plaintiff(s) Mesa Laboratories, Inc.
.
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge John Z. Lee on a motion for judgment on the pleadings.

Date: 1/28/2020

Thomas G. Bruton, Clerk of Court

Carmen Acevedo, Deputy Clerk