# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MESA LABORATORIES, INC.,** | |
| Plaintiff, | **Case No. 1:19-cv-02340** |
| v. | |
| **FEDERAL INSURANCE COMPANY,** | **Hon. John Z. Lee** |
| Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Mesa Laboratories, Inc. ("Plaintiff" or "Mesa") appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order of the District Court granting Defendant Federal Insurance Company's Motion for Judgment on the Pleadings (Dkt. 32) and resulting Judgment (Dkt. 33), both entered on January 28, 2020, and the Order of the District Court denying Plaintiff Mesa's Motion to Vacate Judgment and for Leave to File Amended Complaint (Dkt. 39), entered on May 12, 2020.

| | |
|---|---|
| Dated: June 8, 2020 | Respectfully submitted, |
| | /s/ *Daniel I. Schlessinger* |
| | Daniel I. Schlessinger<br>Margaret M. Schuchardt<br>JASZCZUK P.C.<br>311 South Wacker Drive, Suite 3200<br>Chicago, Illinois 60606<br>312-442-0509<br>dschlessinger@jaszczuk.com<br>mschuchardt@jaszczuk.com |
| | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I, Margaret M. Schuchardt, an attorney, certify that I caused the foregoing to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on this June 8, 2020.

/s/ Margaret M. Schuchardt