# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

**FINAL JUDGMENT**

April 20, 2021

Before:  FRANK H. EASTERBROOK, Circuit Judge
MICHAEL S. KANNE, Circuit Judge
MICHAEL Y. SCUDDER, Circuit Judge

CERTIFIED COPY

| | |
|---|---|
| No. 20-1983 | MESA LABORATORIES, INC.,<br>Plaintiff - Appellant<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:19-cv-02340<br>Northern District of Illinois, Eastern Division<br>District Judge John Z. Lee ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: c7_FinalJudgment(form ID: **132**)